IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3107 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JOSEPH INTHAVONG, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for release from Bristol Station to return to his home in Tecumseh, Nebraska, with employment at MBA Poultry or, in the alternative, at Moody Construction. For the reasons stated on the record during the hearing on February 3, 2011, the defendant will not be released from Bristol Station to work at Moody Construction. The court has been notified that employment is not currently available for the defendant at MBA Poultry. Accordingly,

IT IS ORDERED that defendant's motion for release, (filing no. 31), is denied.

DATED this 8th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge