IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3107 |
| V. | ) | |
| JOSEPH INTHAVONG, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the government shall file a brief responsive to the motion to correct sentence (filing no. 104) on or before September 15, 2015.

DATED this 1st day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge