IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3107 |
| V. | ) | |
| JOSEPH INTHAVONG, | ) | ORDER |
| Defendant. | ) | |

After considering the briefs of the parties,

IT IS ORDERED that the motion to correct sentence (filing 104) is granted, the order denying relief under Amendment 782 (filing 101) is vacated, and an order (AO247) will be issued granting a sentence reduction to the low end of the amended Guideline range (87 months). The Clerk of Court shall provide a copy of this order to the defendant, counsel of record, and Supervising U.S. Probation Officer Kelly Nelson.

DATED this 15th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge